**Ned L. KELLEY, Petitioner–Appellant,**

v.

**Kenneth DUCHARME, Respondent–Appellee.**

**No. 00–35132.**

**D.C. No. CV–99–05291–FDB.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 29, 2001.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Kelley's request for oral argument is denied.

Before HAWKINS, TASHIMA and GOULD, Circuit Judges.

## MEMORANDUM **

Washington state prisoner Ned L. Kelley appeals pro se the district court's *sua sponte* dismissal of his 28 U.S.C. § 2254 habeas corpus petition as time-barred under 28 U.S.C. § 2244(d). We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. We review de novo the district court's dismissal of a habeas petition on statute of limitations grounds, *Herbst v. Cook*, 260 F.3d 1039, ——, —— (9th Cir.2001), and we affirm.

In *Herbst*, we concluded that a district court may dismiss *sua sponte* a habeas petition on statute of limitations grounds so long as the court provides the petitioner adequate notice of its intent to dismiss and

an opportunity to respond. *Id.* at ——. Here, Kelley was provided adequate notice by the magistrate's order to show cause and its report and recommendation, which both recommended dismissal under § 2244(d), and an opportunity to respond through the filing of a response to the order to show cause and objections to the report and recommendation. Therefore the district court's dismissal of Kelley's petition was within its authority. *Id.*

**AFFIRMED.**[1]

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

